UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FILED
01 OCT 30 PM 2: 45
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA )
:
Plaintiff, )
:
-vs- ) Civil No. 8:01-CV-331-T-23TGW
:
EDM ENTERPRISES, a Trust, and )
JOSEPH N. SWEET, individually :
and as trustee of EDM ENTERPRISES, )
:
Defendants. )
_____ :

### NOTICE OF PAYMENT OF SANCTIONS

Notice is hereby given that "Attorney Baxley" is herewith submitting to the Clerk payment of $2,000.00 sanctions in full compliance with the Order of the Court, dated October 19, 2001.

Milton H. Baxley II

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing has been furnished to MAC CAULEY, United States Attorney, SETH G. HEALD and DANIEL R. CONRAD, Trial Attorneys, Tax Division, U.S. Department of Justice, Post Office Box 7238, Ben Franklin Station, Washington, D.C. 20044, by U.S. Mail, this 27th day of October, 2001.

Milton H. Baxley II
Attorney for Joseph Nelson Sweet
c/o 1929 N.W. 12th Terrace
Gainesville, Florida 32609
(352) 375-1616