# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

FILED
02 FEB 21  PM 3: 22

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 8:01-cv-331-T-23TGW

JOSEPH N. SWEET, individually and as trustee of EDM ENTERPRISES; and EDM ENTERPRISES, a Trust,

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the United States of America and against EDM Enterprises, a trust ("EDM") and Joseph N. Sweet (a/k/a Joseph Nelson Sweet), individually and as trustee of EDM Enterprises.

Date: February 21, 2002

SHERYL L. LOESCH, CLERK

By: _____
S. Cohn, Deputy Clerk



Date Printed: 02/21/2002

Notice sent to:

   ___  Seth G. Heald, Esq.
       U.S. Department of Justice
       Tax Division
       Ben Franklin Station
       P.O. Box 7238
       Washington, DC  20044

   ___  Daniel R. Conrad, Esq.
       U.S. Department of Justice
       Tax Division
       Ben Franklin Station
       P.O. Box 7238
       Washington, DC  20044

   ___  Joseph N. Sweet
       5318 36th Ave. Cir. W. E-5
       Brandenton, FL  34209

   ___  Milton Hargraves Baxley II, Esq.
       Law Office of Milton Baxley
       1929 N.W. 12th Terrace
       Gainesville, FL  32609

   ___  Milton Baxley II
       Law Office of Milton Baxley
       1929 N.W. 12th Terrace
       Gainesville, FL  32609