# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT



8:01-CV-331-T-23

No. 02-11612-BB

UNITED STATES OF AMERICA,

Defendant-Appellee,

versus

JOSEPH N. SWEET,
individually and as trustee
of EDM Enterprises,
EDM ENTERPRISES,
a Trust,

Plaintiff-Appellants.

Appeal from the United States District Court for the

Middle District Of Florida

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of

prosecution because appellant has failed to file the record excerpts within the

time fixed by the rules, effective this 10th day of June, 2002.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Roxanne Green
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40

58

# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.
Atlanta, Georgia  30303

Thomas K. Kahn
Clerk

In Replying Give Number
Of Case And Names of Parties

June 10, 2002

Sheryl L. Loesch
Clerk, U.S. District Court
801 N. Florida Ave., Room 220
Tampa  FL  33602

RE: 02-11612-BB        USA v. Joseph N. Sweet
DC DKT NO.:  01-00331 CV-T-23

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on June 6, 2002.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Roxanne Green (404) 335-6171

Encl.

DIS-2CIV (2-2000)