FILED

8: 01-CV-331-T-23 TGW

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

TAMPA, FLORIDA

No. 02-11612-BB

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL 0 2 2002

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSEPH N. SWEET,
individually and as trustee
of EDM Enterprises,
EDM ENTERPRISES,
a Trust,

Plaintiffs-Appellants.

Appeal from the United States District Court for the
Middle District of Florida

Before: CARNES and BARKETT, Circuit Judges.

BY THE COURT:

Appellant EDM Enterprises' motion to reinstate this appeal is granted.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia

60

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

July 02, 2002

Sheryl L. Loesch
Clerk, U.S. District Court
801 N. Florida Ave., Room 220
Tampa  FL  33602

RE: 02-11612-BB     USA v. Joseph N. Sweet
DC DKT NO.:  01-00331 CV-T-23

The referenced appeal was dismissed June 10, 2002.
Enclosed herewith is a certified copy of this court's order reinstating this appeal.

Appellee's brief is due 30 days from this date.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: April Richards (404) 335-6179

Encl.

REINST-1 (5-2002)