

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 8:01-cv-331-T-23TGW

JOSEPH N. SWEET, individually
and as trustee of EDM ENTERPRISES;
and EDM ENTERPRISES, a Trust,

    Defendants.
_____/

## ORDER

By order dated June 11, 2002 (Doc. 57), the Court referred the United States' "Motion to Hold Defendants in Contempt" (Doc. 51) to the United States Magistrate Judge to make a report and recommendation on the motion. Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the United States' motion (Doc. 51) is now **REFERRED** to the United States Magistrate Judge for disposition.

ORDERED in Tampa, Florida, on _March 12th_, 2002.

                                                STEVEN D. MERRYDAY
                                                UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge
        Counsel of Record

Date Printed: 03/12/2003

Notice sent to:

  4

   ___  Seth G. Heald, Esq.
        U.S. Department of Justice
        Tax Division
        Ben Franklin Station
        P.O. Box 7238
        Washington, DC  20044

   ___  Daniel R. Conrad, Esq.
        U.S. Department of Justice
        Tax Division
        Ben Franklin Station
        P.O. Box 7238
        Washington, DC  20044

   ___  Jeffrey S. Swyers, Esq.
        U.S. Department of Justice
        Tax Division
        Ben Franklin Station
        P.O. Box 7238
        Washington, DC  20044

   ___  Joseph N. Sweet
        5318 36th Ave. Cir. W. E-5
        Brandenton, FL  34209

   ___  Milton Hargraves Baxley II, Esq.
        Law Office of Milton Baxley
        1929 N.W. 12th Terrace
        Gainesville, FL  32609

   ___  Milton Baxley II
        Law Office of Milton Baxley
        1929 N.W. 12th Terrace
        Gainesville, FL  32609