

FILED

03 MAR 13 PM 5:25

...FLORIDA
T....., FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 8:01-CV-331-T-23TGW |
| JOSEPH N. SWEET, individually and as trustee of EDM ENTERPRISES, and EDM ENTERPRISES, a Trust, | : |
| Defendants. | : |

## ORDER

THIS CAUSE came on for consideration upon the plaintiff's Motion for Show Cause Order (Doc. 50), and Motion to Hold Defendants in Contempt (Doc. 51), the defendants' Motion to Strike Declaration of Revenue Agent Jeanette Matthews (Doc. 61), and Motion to Strike Declaration of Barbara Cantrell (Doc. 62). The motions fail to contain the certification required by Local Rule 3.01(g), which provides:

> Before filing any motion in a civil case . . . the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion.



69

It is, therefore, upon consideration,

ORDERED:

That the plaintiff's Motion for Show Cause Order (Doc. 50), and Motion to Hold Defendants in Contempt (Doc. 51), the defendants' Motion to Strike Declaration of Revenue Agent Jeanette Matthews (Doc. 61), and Motion to Strike Declaration of Barbara Cantrell (Doc. 62) be, and the same are hereby, **DENIED** without prejudice.

DONE and ORDERED at Tampa, Florida, this 13th day of March, 2003.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

Date Printed: 03/14/2003

Notice sent to:



    ___  Seth G. Heald, Esq.
          U.S. Department of Justice
          Tax Division
          Ben Franklin Station
          P.O. Box 7238
          Washington, DC  20044

    ___  Daniel R. Conrad, Esq.
          U.S. Department of Justice
          Tax Division
          Ben Franklin Station
          P.O. Box 7238
          Washington, DC  20044

    ___  Jeffrey S. Swyers, Esq.
          U.S. Department of Justice
          Tax Division
          Ben Franklin Station
          P.O. Box 7238
          Washington, DC  20044

    ___  Joseph N. Sweet
          5318 36th Ave. Cir. W. E-5
          Brandenton, FL  34209

    ___  Milton Hargraves Baxley II, Esq.
          Law Office of Milton Baxley
          1929 N.W. 12th Terrace
          Gainesville, FL  32609

    ___  Milton Baxley II
          Law Office of Milton Baxley
          1929 N.W. 12th Terrace
          Gainesville, FL  32609